**97–980. Columbus Civ. Serv. Comm. v. McGlone.**
Franklin App. Nos. 96APE08–1032 and 96APE08–1083. Reported at 82 Ohio St.3d 569, 697 N.E.2d 204. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**97–1197. State ex rel. Horvath v. State Teachers Retirement Bd.**
Franklin App. No, 96APE08–983. Reported at 83 Ohio St.3d 67, 697 N.E.2d 644. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**97–1967, Chambers v. St. Mary's School.**
Geauga App. No. 96–G–2013. Reported at 82 Ohio St.3d 563, 697 N.E.2d 198. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2648. Cuyahoga Cty. Bar Assn. v. Okocha.**
Reported at 83 Ohio St.3d 3, 697 N.E.2d 594. On motion for reconsideration and motion to strike motion for reconsideration. Motions denied.

**98–962. Earley v. Keenan.**
Cuyahoga App. No. 74334. Reported at 83 Ohio St.3d 1415, 698 N.E.2d 1005. On motion for reconsideration. Motion denied.

**98–1000. State Dept. of Taxation v. Cohen.**
Cuyahoga App. No. 73705. Reported at 83 Ohio St.3d 1415, 698 N.E.2d 1005. On motion for reconsideration. Motion denied.

**98–1039. In re Estate of Davis.**
Montgomery App. No. 16698. Reported at 83 Ohio St.3d 1415, 698 N.E.2d 1005. On motion for reconsideration. Motion denied.

**98–1170. Estate of Glenn v. Lake Hosp. Sys., Inc.**
Lake App. No. 96–L–154. Reported at 83 Ohio St.3d 1419, 698 N.E.2d 1007. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**98–1207. State ex rel. Williams v. Mengel.**
In Mandamus and Procedendo. Reported at 83 Ohio St.3d 1409, 698 N.E.2d 434. On motion for reconsideration. Motion denied.

**98–1289. State ex rel. Costakos v. Donchatz.**
In Mandamus. Reported at 83 Ohio St.3d 1409, 698 N.E.2d 435. On motion for reconsideration. Motion denied.

**98–1336. State ex rel. Kleve v. Green Twp. Bd. of Trustees.**
In Mandamus. Reported at 83 Ohio St.3d 1409, 698 N.E.2d 435. On motion for reconsideration. Motion denied.

**98–1398. State ex rel. Pilgrim v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. Reported at 83 Ohio St.3d 1410, 698 N.E.2d 435. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**98–1539. Russell v. Mitchell.**
In Habeas Corpus. Reported at 83 Ohio St.3d 1410, 698 N.E.2d 435. On motion for reconsideration. Motion denied.